**Civil Actions**

# Case Summary

**Case No. 2026-CAB-002128**

| | | | |
|---|---|---|---|
| **Alympia O'Neal et al. v. Mubashar Luqman et al.** | § | Location: | **Civil Actions** |
| | § | Judicial Officer: | **Meek, Leslie A** |
| | § | Filed on: | **03/31/2026** |

## Case Information

| | |
|---|---|
| Case Type: | Vehicle |
| Subtype: | Personal Injury |
| Case Status: | **03/31/2026 Open** |

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2026-CAB-002128 |
| Court | Civil Actions |
| Date Assigned | 04/01/2026 |
| Judicial Officer | Meek, Leslie A |

**Previous Case Assignments**

| | |
|---|---|
| Case Number | 2026-CAB-002128 |
| Court | Civil Actions |
| Date Assigned | 03/31/2026 |
| Reason | Judge Assigned |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Johnson, Brianna**<br>5427 Cedar Grove RD<br>Upper Marlboro, MD 20772 | **Foster, Walter**<br>***Retained***<br>202-869-9375(F)<br>771-203-8548(W)<br>1901 Pennsylvania Ave NW, Suite 300<br>Washington, DC 20006 |

walter.foster@forthepeople.com

**O'Neal, Alympia**

2100 Rail Yard AVE
Grayson, GA 30017

**Foster, Walter**
***Retained***
202-869-9375(F)
771-203-8548(W)
1901 Pennsylvania Ave NW, Suite 300
Washington, DC 20006
walter.foster@forthepeople.com

**Defendant** **Luqman, Mubashar**

6834 Dina Leigh CT
Springfield, VA 22153

**Rasier, LLC**

*Doing Business As* Uber Technologies, Inc.
1725 3rd ST
STE 200
San Francisco, CA 94158

**Reese, John W III**
***Retained***
410-962-8758(F)
410-539-1800(W)
250 West Pratt Street, Suite 2200
Washington, DC 21201
John.Reese@wilsonelser.com

## Events and Orders of the Court

03/31/2026

Complaint eFiled
*No summons submitted*
Docketed on: 04/01/2026
Filed by: Plaintiff Johnson, Brianna;
Plaintiff O'Neal, Alympia

04/01/2026

Initial Order [Remote] (Judicial Officer: Meek, Leslie A)

04/01/2026 Notice

04/10/2026

Initial Summons Requested as to
Docketed on: 04/13/2026
Party: Plaintiff Johnson, Brianna;
Plaintiff O'Neal, Alympia

04/10/2026

Initial Summons Requested as to
Docketed on: 04/13/2026
Party: Plaintiff Johnson, Brianna;
Plaintiff O'Neal, Alympia

04/13/2026 Notice

05/08/2026

Notice to Court (Praecipe) Filed
*Consent Praecipe Extending Responsive Pleading Deadline for Defendant Rasier, LLC d/b/a Uber Technologies, Inc.*
Docketed On: 05/11/2026
Filed By: Defendant Rasier, LLC

07/10/2026

**Remote Initial Scheduling Conference** (9:30 AM) (Judicial Officer: Meek, Leslie A)

## Financial Information

| | |
|---|---|
| **Plaintiff** O'Neal, Alympia | |
| Total Financial Assessment | 120.00 |
| Total Payments and Credits | 120.00 |
| **Balance Due as of 05/13/2026** | **0.00** |